IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| VICTORIA MEANS, et al., | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:10-cv-003 |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| ST. JOSEPH COUNTY BOARD | : | |
| OF COMMISSIONERS, et al., | : | |
| | : | |
| Defendants. | : | |

MOTION OF DEFENDANTS, BOARD OF COMMISSIONERS
OF ST. JOSEPH COUNTY AND ST. JOSEPH SUPERIOR COURT,
TO DISMISS CASE FOR LACK OF STANDING
AND FOR FAILURE TO STATE A CLAIM

Defendants, St. Joseph County Board of Commissioners and St. Joseph County Superior Court, respectfully move this Court, pursuant to Federal Rules 12(b)(1) and 12(b)(6), to dismiss Plaintiffs' Amended Complaint for the following reasons:

1. Plaintiffs lack standing to assert a claim for injunctive relief; and

2. Plaintiffs have failed to state a claim for damages.

The grounds supporting the motion are presented in the Memorandum in Support.

Respectfully submitted,

s/ James F. Groves

s/ David E. Ballard

Lee, Groves & Zalas
205 West Jefferson Blvd., Suite 502
South Bend, IN  46614
(574) 232-5923
Fax: 232-5942
Attorneys for Defendants Board of Commissioners
of St. Joseph County and St. Joseph Superior Court

## CERTIFICATE OF SERVICE

      I hereby certify that on January 28, 2011, I electronically filed the foregoing with the clerk of the court using CM/ECF, which sent a Notice of Electronic Filing to all counsel of record.

<u>s/ David E. Ballard</u>