```
CIVIL DOCKET,          ST. JOSEPH SUPERIOR COURT

SMALL CLAIMS DIV   Cause Profile as of   2:03PM  1/27/2011

No 71D010911SC11358   Filed 11/02/2009   Nxt Ct              Serv SHERIFF
```

|  ATTORNEYS | PARTIES |
|---|---|
|  | Plaintiff(s) |
| HUNTINGTON, BRUCE D. | DUNEDIN APARTMENTS |
| 105 E. JEFFERSON BLVD. ST 400 | 53880 GENERATIONS DR |
| SOUTH BEND       IN   46601 | SOUTH BEND        IN    46635 |
|  |  |
|  | Defendant(s) |
| HULL, KENT | MEANS, VICTORIA |
| 401 E. COLFAX AVE. STE 116 | 3744 GENERATIONS DR |
| SOUTH BEND       IN   46617 | SOUTH BEND        IN    46635 |
|  |  |
| HULL, KENT | MATNEY, TONIA |
| 401 E. COLFAX AVE. STE 116 | 3744 GENERATIONS DR |
| SOUTH BEND       IN   46617 | SOUTH BEND        IN    46635 |

KIND OF ACTION:
  IMMEDIATE POSSESSION

COLLECTIONS:

| DATE | RECEIPT | RECPT TYPE | RECEIVED FROM |  | AMOUNT |
|---|---|---|---|---|---|
| 11/02/2009 | 686506.0 | STATE | DUNEDIN | CASH 86.00 | $31.50 |
| 11/02/2009 | 686506.0 | COUNTY | DUNEDIN | CASH 86.00 | $10.50 |
| 11/02/2009 | 686506.0 | PD/COURT/DOC 1 | DUNEDIN | CASH 86.00 | $10.00 |
| 11/02/2009 | 686506.0 | JUDICIAL | DUNEDIN | CASH 86.00 | $14.00 |
| 11/02/2009 | 686506.0 | SERVICE FEE | DUNEDIN | CASH 86.00 | $20.00 |
| 1/25/2010 | 693306.0 | DOCUMENT FEE 3 | LEE,GROVES,ZALAS | 2696 | $3.00 |
| 1/28/2010 | 693651.0 | DOCUMENT FEE 2 | INDIANA LEGAL |  | $1.00 |
|  |  |  | TOTAL COLLECTIONS |  | $90.00 |

DISBURSEMENTS:

| DATE | CHECK | DISB CODE | DISBURSED TO | AMOUNT |
|---|---|---|---|---|
| 12/01/2009 | 93639 | 1 | ST. JOSEPH SUPERIOR COURT | $31.50 |
| 12/01/2009 | 93639 | 1 | ST. JOSEPH SUPERIOR COURT | $10.50 |
| 12/01/2009 | 93639 | 1 | ST. JOSEPH SUPERIOR COURT | $10.00 |
| 12/01/2009 | 93639 | 1 | ST. JOSEPH SUPERIOR COURT | $14.00 |
| 12/01/2009 | 93639 | 1 | ST. JOSEPH SUPERIOR COURT | $20.00 |
| 2/01/2010 | 94031 | 1 | ST. JOSEPH SUPERIOR COURT | $3.00 |
| 2/01/2010 | 94031 | 1 | ST. JOSEPH SUPERIOR COURT | $1.00 |
|  |  |  | TOTAL DISBURSEMENTS | $90.00 |

****** CONTINUED ON NEXT PAGE ******

```
CIVIL DOCKET, ST. JOSEPH SUPERIOR COURT  Cause No 71D010911SC11358  PAGE   2
SMALL CLAIMS DIV  Cause Profile as of  2:03PM  1/27/2011
```

---

MINUTES OF THE COURT:
11/04/2009 NOTICE OF HRG. ON IMMED. POSS. SENT BY SHERIFF 11/19/09@9:30 C

11/09/2009 NOTICE OF CLAIM RETURNED SERVED BOTH 135

11/09/2009 NOTICE OF IMMEDIATE POSSESSION HEARING RETURNED SERVED BOTH 135

11/17/2009 ENTRY OF APPEARANCE BY DEFT'S ATTY. HULL B

11/17/2009 DEFT FILES ANSWER AN COUNTER CLAIM EXCEEDING JURISDICTIONAL
           LIMIT/ISSUE OF TRANSFER  B

11/19/2009 PLTF APPEARS BY ATTY. B

11/19/2009 DEFT FAILS TO APPEAR. B

11/19/2009 CAUSE TO BE RESET TO BE HEARD BY MGST  B

11/19/2009 HEARING DATE SET FOR 12/7/09 B

11/19/2009 HEARING TIME 10:30 B

11/19/2009 CLERK TO GIVE NOTICE. B

12/07/2009 PLTF APPEARS BY ATTY. B

12/07/2009 DEFT APPEARS BY ATTY. B

12/07/2009 HEARING HELD. B

12/07/2009 DEFT FILES MOTION TO DISMISS AS TO THE CLAIM BEING
           INSUFFICIENT. B

12/07/2009 MOTION DENIED. B

12/07/2009 DEFT MOTION TO TRANSFER IS DENIED PURSUANT TO BRECKMASTER
           CASE. B

12/07/2009 HEARING HELD. B

12/07/2009 ALL AGREED POSSESSION AND CLAIM ON THE MERITS WILL BE HEARD
           TOGETHER AT THE ALREADY SCHEDULED TRIAL DATE 1/8/10 AT 3:00 B

12/31/2009 DEFT FILE MOTION TO CERTIFY INTERLOCUTORY APPEAL B

12/31/2009 ALREADY SET FOR HEARING B

******* CONTINUED ON NEXT PAGE *******

```
MINUTES OF THE COURT:
 1/08/2010 PLTF APPEARS BY ATTY. B

 1/08/2010 DEFT APPEARS BY ATTY. B

 1/08/2010 HEARING HELD. B

 1/08/2010 DEFT BY ATTY REQUESTS CONTINUANCE. B

 1/08/2010 NO OBJECTION BY PLTF  B

 1/08/2010 BY AGREEMENT OF PARTIES, CAUSE CONTINUED. B

 1/08/2010 TRIAL DATE SET FOR 2/8/10 (ALL DAY)

 1/08/2010 TRIAL TIME 9:00 B

 1/08/2010 CLERK TO GIVE NOTICE. B

 2/02/2010 SUBPOENA SENT BY SHERIFF M.SHARP        A

 2/02/2010 SUBPOENA SENT BY SHERIFF E. FREEMAN     A

 2/02/2010 SUBPOENA SENT BY SHERIFF J. KLEMCZEWSKI

 2/02/2010 SUBPOENA SENT BY SHERIFF DIRECTOR OF HEA

 2/02/2010 SUBPOENA SENT BY SHERIFF E. COSTELLO    A

 2/02/2010 SUBPOENA SENT BY SHERIFF M.GRUNWALD     A

 2/04/2010 SUBPOENA RETURNED SER. SJCHD. 79

 2/04/2010 SUBPOENA RETURNED SER. FREEM. 135

 2/04/2010 SUBPOENA RETURNED SER. KLEM. 115

 2/04/2010 SUBPOENA RETURNED SER. COST. 115

 2/04/2010 PROCEEDINGS SUPPLEMENTARY RETURNED SER. GRUN. 1538

 2/04/2010 SUBPOENA RETURNED SER. SHARP. 70

 2/08/2010 PLTF APPEARS IN PERSON AND BY ATTY. B

 2/08/2010 DEFT APPEARS IN PERSON. B
```

******* CONTINUED ON NEXT PAGE *******

CIVIL DOCKET,    ST. JOSEPH SUPERIOR COURT   Cause No 71D010911SC11358   PAGE   4

SMALL CLAIMS DIV   Cause Profile as of  2:03PM  1/27/2011

---

MINUTES OF THE COURT:
 2/08/2010 DEFT APPEARS IN PERSON AND BY ATTY.  B

 2/08/2010 PLTF BY ATTY REQUESTS CONTINUANCE. (NO OBJECT)   B

 2/08/2010 CAUSE CONTINUED INDEFINITELY.  B

 2/09/2010 INDIANA SUPREME CT ENTERED ORDER 2/4/10 DENYING RELATORS
           MOTION TO PROCEED IN FORMA PAUPERIS ON WRIT OF MANDANUS.
           71S001002OR00080   B