**CIVIL CHRONOLOGICAL CASE SUMMARY**    St. Joseph Circuit / Superior Probate Court _____
State Form 44796 (4-91) DSCA-911-CCS-1

| CASE |
|---|
| Number |
| **71D04 0604 PL 00135** |
| Status  *Means* |
| ☐ Pending    ☐ Decided |

| CAPTION: | (PLF) | | V. | (DEF) | | |
|---|---|---|---|---|---|---|
| | STEPHEN HUMMEL ET AL. | | | | HOLLYWOOD MOBILE HOME POARK, INC. | |

| Action | Date Filed | Date Disposed | If Dismissed, Give Date | Continuation Sheet |
|---|---|---|---|---|
| COMPLAINT | 4/5/2006 | | | ☐ Yes  ☐ No |

| REDOCKETED *(If redocketed, give date)* | | |
|---|---|---|
| | DATE | Check if decided |
| 71 D01 0602 SC 01628 *Consolidated into this case.* | | |

**PARTIES TO ACTION** *(Name, Address, Telephone Number, Attorney Number)*

| Plaintiff | Defendant | Third Party |
|---|---|---|
| STEPHEN HUMMEL<br>MARGARET R. HUMMEL | HOLLYWOOD MOBILE HOME PARK, INC. | |

| FEES | | JUDGMENT LIEN |
|---|---|---|
| Fee Book _____ | | Book ____ |
| Page _____ | | Page ____ |
| Court Costs ____ | | |
| Other _____<br>*(explain)* | | |

| Attorneys | Attorneys | Attorneys |
|---|---|---|
| KENT HULL<br>105 E. JEFFERSON   SUITE 600<br>SOUTH BEND, IN 46601<br>234-8121 | *Kenneth L. Sheetz*<br>*Kenneth M. Will* | |

| REFERENCE | | |
|---|---|---|
| | Book | Page |
| Support | | |
| Execution | | |
| Other *(explain)* | | |

| DATE | CHECK IF NOTICE SENT | CHECK IF RJO ENTRY | CHRONOLOGICAL SUMMARY OF FILINGS AND PROCEEDINGS |
|---|---|---|---|
| 4-5-06 | | | JUDGE MEANS<br>Upon Affidavit of Indigency, it is Ordered that the filing fee and costs are waived provisionally pursuant to form of Order.<br><br>DEFENDANT: HOLLYWOOD MOBILE HOME PARK, INC.: SERVED WITH SUMMONS  4-7-06  (COPY SERVICE) |
| 4-25-06 | | | JUDGE MEANS<br>Kenneth L. Sheetz enters his appearance on behalf of the Defendant, Hollywood Mobile Home Park Inc. Defendant files Motion for Enlargement of Time within Which to file Answer to Complaint along with form of Order. Order approved; time to file answer extended to May 25 2006 per order entered. (RJO) |

| DATE | CHECK IF NOTICE SENT | CHECK IF RJO ENTRY | CHRONOLOGICAL SUMMARY OF FILINGS AND PROCEEDINGS |
|---|---|---|---|
| 5-5-06 | | | **JUDGE MEANS** Defendant, Hollywood Mobile Home Park, Inc. and files Motion for Additional Time to File Answer or Otherwise Plead. Order for Additional Time to Plead entered. (RJO) |
| 5-9-06 | | | **JUDGE MEANS** Defendant, Hollywood Mobile Home Park, Inc. files Answer with Jury Demand. |
| DEC 29 2006 | | | TR 41 (E) RULE TO SHOW CAUSE ISSUED |
| 2-2-07 | | | **JUDGE MEANS** Plaintiffs request that case be retained on plenary docket. Plaintiffs further request pretrial conference. Cause ordered retained on court's plenary docket. |
| JAN 25 2008 | | | PRE-TRIAL CONFERENCE SET FOR 2/25/08 @ 2:00pm |
| 2-25-08 | | | **JUDGE MEANS** Parties present by counsel for pre-trial conference. Cause set for jury trial on October 16, 2008 at 1:30 p.m. as a first setting. Final pre-trial conference set for October 2, 2008 at 1:30 p.m. |
| 9-24-08 | | | **JUDGE MEANS (JUDGE CHAPLEAU PRO TEM)** Defendant files motion to dismiss or continue trial. Trial continued to be reset |
| 11-21-08 | | | **JUDGE REAGAN** Notice of Status Conference to obtain trial date mailed to counsel of record. |
| 12-1-08 | | | **JUDGE REAGAN** Defendant by counsel files notice of reset of hearing, hearing set for 12-17-08 at 9:30am |
| KENT HULL WAS SERVED 12-2-08 | | | copy service |
| 12-17-08 | | | **JUDGE REAGAN** Plaintiffs appear by counsel, Kent Hull. Defendant appears by counsel, Kenneth Sheetz. Hearing had on Defendant's Motion to Dismiss. Defendant's Motion to Dismiss is denied. Plaintiffs are ordered to answer all outstanding discovery by January 15, 2009 or be subject to dismissal. Cause is set for two-day bench trial to commence on August 13, 2009 at 10:00 a.m. Defendant's action against the plaintiffs will be retained even if the plaintiffs' action is dismissed. Plaintiffs' counsel can request hearing if he is unable to locate his clients. All as per form of order entered. (RJO) |
| 1-26-09 | | | **JUDGE REAGAN** Plaintiffs file verified response to motion to dismiss II by Hollywood Mobile Home Park |
| 1-28-09 | | | **JUDGE REAGAN** Defendant, Hollywood Mobile Home Park, Inc files motion to dismiss II. aproved |
| 2-3-09 | | | **JUDGE REAGAN** Upon request of defendant, Hollywood Mobile Home Park, Inc hearing on its motion to dismiss II, and plaintiffs' response therto has been coordingated with all counsel and is now set for 3/6/09 at 10:00am |

# CHRONOLOGICAL SUMMARY OF FILINGS AND PROCEEDINGS
## (Continuation Sheet)
State Form 44802 (4-91) DSCA-911-CCS-7



STEPHEN HUMME. ET AL    V.   HOLLYWOOD MOBILE HOME PARK

**CASE NUMBER**

71D06-0604-PL-00135

Page _____ of _____ Pages

| DATE | CHECK IF NOTICE SENT | CHECK IF RJO ENTRY | CHRONOLOGICAL SUMMARY OF FILINGS AND PROCEEDINGS |
|---|---|---|---|
| 3-6-09 | | | JUDGE REAGAN<br>Plaintiffs appear by counsel, Kent Hull.  Defendant appears by counsel, Kenneth Sheetz and Kenneth Wilk.  Hearing had on Defendant's Motion to Dismiss II.  Defendant's Motion to Dismiss II is denied.  Defendant's Request for Attorney Fees is denied.  Plaintiffs' counsel has until March 13, 2009 to produce the signature page of the discovery.  Form of order entered. (RJO) |
| 3-26-09 | | | JUDGE REAGAN<br>Qualified Settlement Offer filed    approved on 4/2/09 |
| 7-27-09 | | | JUDGE REAGAN<br>Defendant by counsel files Hollywood Mobile Park, Inc's portion of pre-trial order |
| 8-6-09 | | | JUDGE REAGAN<br>Plaintiff files motion for findings and conclusions |
| 8-14-09 | | | JUDGE REAGAN<br>Plaintiffs appear in person and by counsel, Kent Hull.  Defendant appears by counsel, Kenneth Sheetz and Kenneth Wilk.  Bench Trial held.  Plaintiff presents evidence and rests. Defendant moves in part for Judgment on the Evidence.  Defendant's Motion for Judgment on the Evidence is denied.  Defendant presents evidence and rests.  Closing arguments had. Parties to submit Proposed Findings of Fact and Conclusions of Law on or before August 28, 2009.  Cause taken under advisement. |
| 8-24-09 | | | JUDGE REAGAN<br>Original plaintiff/counter defendant files Findings of Fact and Conclusions of Law |
| 8-25-09 | | | JUDGE REAGAN<br>Plaintiffs file Plaintiffs' Verified Motion to Extend Time to File Proposed Findings and Conclusions. |
| 8-27-09 | | | JUDGE REAGAN<br>Order entered granting motion.  (RJO) |
| 9-30-09 | | | JUDGE REAGAN<br>Court enters Findings of Fact and Conclusion of Law.  (RJO) |
| 10-30-09 | | | JUDGE REAGAN<br>Stephen Hummel and Margaret R. Hummel file motion to correct error. Hearing set for 12-15-09 at 1:30pm |
| 11-12-09 | | | JUDGE REAGAN<br>Defendant, Hollywood Mobile Home Park, Inc replies to the motion to correct errors of Stephen Hummel and Margaret R. Hummel. |

| DATE | CHECK IF NOTICE SENT | CHECK IF RJO ENTRY | CHRONOLOGICAL SUMMARY OF FILINGS AND PROCEEDINGS |
|---|---|---|---|
| 12-15-09 | | | JUDGE REAGAN<br>Neither party appears.  *Court resets this matter for hearing on Wednesday, January 6, 2010 at 9:00 a.m.  Notice ordered issued. Not sent 12/16/09 |
| 1-6-10 | | | JUDGE REAGAN<br>Plaintiffs appear by counsel, Kent Hull.  Defendant appears by counsel, Kenneth Sheetz and Kenneth Wilk.  Hearing had on Plaintiffs' Motion to Correct Error.  Plaintiffs' Motion to Correct Error is denied.  Plaintiffs' counsel to prepare and file proposed order consistent with Court's ruling. |
| 1-12-10 | | | JUDGE REAGAN<br>Court enters Order denying Plaintiffs' Motion to Correct Error. (RJO) |