AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

Victoria Means (termed 9/24/2012),
Tonia Matney (termed 9/24/2012),
Stephen Hummel,
Margaret Hummel (termed 5/3/2010),
Crystal Wright,
Karen Brandy-Comer,
Shawna Canarecci,

                          Plaintiff(s)

                v.                **Civil Action No.**    3:10cv3

St Joseph County Board of Commissioners,
St Joseph County Superior Court,
City of South Bend,

                          Defendant(s)

Counter Defendants

Victoria Means (termed 9/24/2012),
Tonia Matney (termed 9/24/2012),
Crystal Wright,
Karen Brandy-Comer,
Shawna Canarecci,
Stephen Hummel,

Cross Claimant

City of South Bend

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐  the plaintiff _____
recover from the defendant _____ the amount of _____
_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-

judgment interest at the rate of _____ % along with costs.

☐  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:   Judgment is entered in favor of  St Joseph County against plaintiff's Crystal Wright (both claims for damages and prospective relief), Karen Brandy-Comer (both claims for damages and prospective relief),    Stephen Hummel (claim for damages only) , and Michael Ramos (claim for damages only).  All remaining claims are DISMISSED WITHOUT PREJUDICE for lack of standing.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided  by Judge    Jon E. DeGuilio

DATE:    9/29/2014

ROBERT TRGOVICH, CLERK OF COURT

by    S/KSchwenk

*Signature of Clerk or Deputy Clerk*